Commonwealth *v.* Tomaselli, Appellant.

Submitted December 6, 1971.
*James M. Reinert* and *Bruce S. Miller,* Assistant Public Defenders, for appellant; *Mary G. Cooper,* Assistant District Attorney, *Charles D. Lemmond, Jr.,* First Assistant District Attorney, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Turner, Appellant.

Argued December 10, 1971.
*Daniel C. Barrish,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Whitcroft (et al., Appellant).
Commonwealth *v.* Armpriester (et al., Appellant).

Submitted December 7, 1971. *Frederick S. Wolf,* for appellants; *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Order affirmed.